## STATE ex SNYDER v LEITER

Ohio Appeals, 2nd Dist, Montgomery Co
No. 1028.    Decided May 20, 1931

Matthews & Matthews, Dayton, for Snyder.

Thomas, Hyer & Leyland, Dayton, for Leiter.

BY THE COURT.

We are also of opinion that while the relator may be a de facto officer he cannot be considered as a de. jure officer as he has failed to qualify in the manner provided by the Code of Ohio.

Under the authorities cited the relator must show a prima facie right to the office claimed and such right cannot be based on the fact that he is a de facto officer. The petition must therefore be dismissed.

ALLREAD, PJ, HORNBECK and KUNKLE, JJ, concur.